**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

JAMES BIRDSONG and KATHY
BIRDSONG,

    Plaintiffs,

vs.                                              CASE NO. 5:10cv196/RS-MD

THOMAS EHLKE and OCEAN TERRACE
CONDOMINIUM ASSOCIATION, INC. OF
PANAMA CITY,

    Defendants.
_____

THOMAS EHLKE,

    Third-Party Plaintiff,

vs.

PEOPLES FIRST INSURANCE
SERVICES, LLC,

    Third-Party Defendant.
_____/

## ORDER

Before me is the Joint Agreed Motion To Bifurcate Third-Party Complaint And To Extend Discovery Deadlines As To Original Complaint (Doc. 42).

**IT IS ORDERED:**

    1.    All discovery for Defendant's Third-Party claim against Third-Party Defendant shall be completed not later than February 14, 2011.

    2.    Motions for summary judgment as to Defendant's Third-Party Complaint shall

be filed not later than February 24, 2011. Responses to those motions for summary judgment shall be filed no later than March 7, 2011.

3. Jury trial of Defendant's Third-Party Complaint against Third-Party Defendant is scheduled for April 18, 2011, in Panama City, Florida.

4. All other schedules and deadlines in the Scheduling and Mediation Order (Doc. 26) remain unchanged.

**ORDERED** on December 17, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**