IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES BIRDSONG and
KATHY BIRDSONG,

    Plaintiffs,

vs.                                      CASE NO. 5:10-cv-196/RS-MD

THOMAS EHLKE and OCEAN
TERRACE CONDOMINIUM ASS'N,
INC., of PANAMA CITY,

    Defendants.
_____/

THOMAS EHLKE,

    Third-Party Plaintiff,

vs.

PEOPLES FIRST INSURANCE SVS, LLC,

    Third-Party Defendant.
_____/

## ORDER

Before me is the Joint Notice of Advisement of Settlement indicating that the parties have reached an agreement resolving "all claims asserted by the Plaintiffs and the Third Party Plaintiff (Doc. 51)." Pursuant to N.D. Fla. Loc. 16.2 it is ordered:

1. The case is dismissed from the active docket of the court.

2. In the event that the settlement is not consummated, the court reserves jurisdiction, upon motion filed by any party within sixty days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case.

3. The clerk is directed to close the file of this case for administrative purposes, and upon the expiration of sixty days without activity, the clerk is direct to close the case in its entirety for all purposes.

4. All pending motions are denied as moot.

**ORDERED** on February 9, 2011

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**